CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 6, 2023 10:15 AM
Lucy H.Carrillo, Clerk of Court

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. **23-00097 JAO** |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | [21 U.S.C. § 844(a)] |
| vs. ) | |
| ) | |
| ALICIA MALUAFITI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INFORMATION

The United States Attorney charges:

Possession of Controlled Substances
(21 U.S.C. § 844(a))

On or about and between November 14, 2018 and March 4, 2020, within the District of Hawaii, ALICIA MALUAFITI, the defendant, knowingly, intentionally, and unlawfully possessed a controlled substance, namely buprenorphine, ketamine, butorphanol, pentobarbital, and diazepam.

All in violation of Title 21, United States Code, Section 844(a).

DATED:   December 6, 2023, in Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant United States Attorney

*United States v. Alicia Maluafiti*
Information
Cr. No.